# United States District Court

_____Southern_____   District of   _____Texas_____

UNITED STATES OF AMERICA
V.
**Samuel Eduardo GUEVARA-Navarro**

Mexico
A201 297 915

**CRIMINAL COMPLAINT**

CASE NUMBER 1:19-PO-___**109**___

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about _____**September 1, 2017**_____ in ___**Hidalgo**___ County, in the **Southern** District of **Texas**, the defendant being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title **8** United States Code, Section **1325(a)(1).**

I further state that I am a **Deportation Officer** and this complaint is based on the following facts:

**The defendant was apprehended in Olmito, Texas on March 1, 2019.  The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River at or near Hidalgo, Texas on or about September 1, 2017, thus avoiding immigration inspection.**

Continued on the attached sheet and made part hereof:   ☐ Yes   ☒ No

Defendant has   $0.00

\S\ Armando Perez
*Signature of Complainant*

Armando Perez          Deportation Officer
*Name and Title of Complainant*

Sworn to before me and subscribed in my presence,

March 2, 2019                                    at     Brownsville, Texas
*Date*                                                          *City and State*

Ronald G. Morgan     U.S. Magistrate Judge
*Name and Title of Judicial Officer*          *Signature of Judicial Officer*